### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR131** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **CURTIS DUANE BROWN,** | ) | |
| **Defendant.** | ) | |

IT IS ORDERED:

Trial in this matter is scheduled to begin on **Tuesday, August 11, 2009,** commencing at **9:00 a.m.,** or as soon thereafter as the same may be tried, before District Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska. A Pretrial Conference, beginning at **8:30 a.m., will be held in chambers** prior to the start of trial.

Counsel is advised that street clothes **must be provided** for the defendant in any trial proceedings.

DATED this 7th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge