# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR131 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CURTIS D. BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Curtis D. Brown (Brown) for release (Filing No. 41). Brown requests placement in a short term residential substance abuse treatment program. Brown is awaiting sentencing after entering a plea of guilty to Counts I and II of the Indictment. Brown has a substantial criminal history. While placement in a substance abuse program may benefit Brown, such a placement does not assure the safety of the community or Brown's presence for further proceedings. The motion for release is denied.

**IT IS SO ORDERED.**

DATED this 17th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge